**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 505 MAL 2015
:
           Respondent : 
: Petition for Allowance of Appeal from
: the Order of the Superior Court
        v. :
:
:
:
ROY LEE SNYDER, :
          Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.